STATE of Missouri, Respondent,

v.

James L. CARTWRIGHT, Appellant.

No. ED 77016.

Missouri Court of Appeals, Eastern District, Division Two.

Oct. 10, 2000.

Joseph Howlett, Clayton, for appellant.

Michael A. Bert, Asst. Pros Atty., St. Charles, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, Jr., and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Defendant, James L. Cartwright, appeals from the judgment of conviction, pursuant to a jury verdict, of violating an adult abuse order, a Class A misdemeanor, for which he was sentenced to serve six months in the county jail.

We have reviewed the record on appeal and find no jurisprudential purpose would be served by a written opinion. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision.

The judgment of conviction is affirmed pursuant to Rule 30.25(b).